**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**NOE JAIME DE LUNA**                                                    **PLAINTIFF**

**v.**                              **Case No. 4:25-cv-00720-LPR**

**DIRECTOR, UNITED STATES CITIZENSHIP**
**AND IMMIGRATION SERVICES**                                       **DEFENDANT**

**JUDGMENT**

Pursuant to the Orders entered on April 2, 2026, and May 11, 2026, it is CONSIDERED,

ORDERED, and ADJUDGED that all claims in this case are dismissed with prejudice for lack of

prosecution.

IT IS SO ADJUDGED this 12th day of June 2026.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE